UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYRELL WAYNE JONES,

        Plaintiff,

   v.

BOULDEN, et al.,

        Defendants.

Case No. 24-cv-00191-JST

**ORDER OF DISMISSAL**

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). ECF No. 24. The joint stipulation states as follows:

> Plaintiff Dyrel Wayne Jones and Defendants Deputy Boulden, Deputy Cowan, and Deputy Cooper that this entire action be dismissed with prejudice as to all defendants. Each side to bear its own fees and costs.
>
> This stipulation is submitted pursuant to federal rules of Civil Procedure, Rule 41(a)(1)(ii), and operates as a voluntary dismissal of the action. No order of court is needed to effectuate the dismissal period the action is dismissed with prejudice as to all parties.

ECF No. 24. The stipulation is signed by Plaintiff and by counsel for Defendants. *Id.* Pursuant to the joint stipulation, the Court ORDERS that this entire action and Defendants are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 20, 2025



JON S. TIGAR
United States District Judge